### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                  **CASE NO. 4:16-CR-00133 BSM**

**DERRICO DASHAWN DAVIS**                                           **DEFENDANT**

### PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. Defendant Derrico Davis entered a guilty plea on February 24, 2017, and, as a result thereof, shall forfeit to the United States, under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the following property:

    a. One Glock, Model 17, 9-millimeter handgun, bearing serial number BRV135, which was loaded with one (1) large capacity magazine; and

    b. 63 rounds of 9-millimeter caliber ammunition.

2. The United States Attorney or a designee (collectively "U.S. Attorney") is authorized to seize the property and to conduct any discovery required to identify, locate, or dispose of it. Fed. R. Crim. P. 32.2(b)(3). Further, the U.S. Attorney is authorized to commence proceedings to comply with statutes governing third party rights.

3. The United States shall publish notice of this order and the United States' intent to dispose of the property. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property.

4. Any person, other than defendant, asserting a legal interest in the property may file a petition for a hearing to adjudicate the validity of his or her alleged interest in the

property and for an amendment of this order.  *See* 21 U.S.C. § 853(n)(2); 28 U.S.C. § 2461(c).  This petition must be filed within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier.  21 U.S.C. § 853(n)(2).

5. This preliminary order of forfeiture shall become final as to defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  Fed. R. Crim P. 32.2(b)(4)(A).  If no third party files a timely claim, this order shall become the final order of forfeiture.  Fed. R. Crim. P. 32.2(c)(2).

6. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property subject to forfeiture, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

7. After the disposition of any motions filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property following disposition of all third-party interests, or, if none, following the expiration of the period provided for the filing of third-party petitions.

9. Jurisdiction to enforce and/or amend this order shall be retained herein.  *See* Fed. R. Crim. P. 32.2(e).

Entered this 20th day of July 2017.

                                                                            UNITED STATES DISTRICT JUDGE